IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Nunez, Alberto | Case Number: 07 B 22642 |
| Nunez, Maria J | Judge: Squires, John H |
| Printed: 03/03/09 | Filed: 12/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 21, 2009
Confirmed: February 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,000.00 | |
| Secured: | | 3,569.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 430.80 |
| Other Funds: | | 0.00 |
| Totals: | 7,000.00 | 7,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Associates | Administrative | 3,000.00 | 3,000.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 0.00 | 0.00 |
| 5. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 6. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 7. | Washington Mutual | Secured | 33,354.26 | 3,569.20 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 3,583.78 | 0.00 |
| 9. | Macy's | Unsecured | 253.54 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,035.70 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 123.08 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 175.45 | 0.00 |
| 13. | Infibank | Unsecured | 287.34 | 0.00 |
| 14. | Capital One | Unsecured | 880.97 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 172.54 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 758.94 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 68.41 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 225.49 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 102.11 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 80.12 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 138.52 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 74.78 | 0.00 |
| 23. | Portfolio Recovery Associates | Unsecured | 452.90 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 298.75 | 0.00 |
| 25. | RoundUp Funding LLC | Unsecured | 78.68 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 158.83 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nunez, Alberto | | Case Number: 07 B 22642 |
|---|---|---|---|
| | Nunez, Maria J | | Judge: Squires, John H |
| | Printed: 03/03/09 | | Filed: 12/3/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 27. | Discover Financial Services | Unsecured | 970.22 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 750.50 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 1,741.99 | 0.00 |
| 30. | RoundUp Funding LLC | Unsecured | 266.63 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 106.79 | 0.00 |
| 32. | RoundUp Funding LLC | Unsecured | 38.52 | 0.00 |
| 33. | RoundUp Funding LLC | Unsecured | 135.09 | 0.00 |
| 34. | RoundUp Funding LLC | Unsecured | 1,043.31 | 0.00 |
| 35. | RoundUp Funding LLC | Unsecured | 907.40 | 0.00 |
| 36. | ECast Settlement Corp | Unsecured | 268.36 | 0.00 |
| 37. | ECast Settlement Corp | Unsecured | 551.07 | 0.00 |
| 38. | RoundUp Funding LLC | Unsecured | 961.75 | 0.00 |
| 39. | ECast Settlement Corp | Unsecured | 137.83 | 0.00 |
| 40. | Abercrombie & Fitch | Unsecured | | No Claim Filed |
| 41. | Victoria's Secret | Unsecured | | No Claim Filed |
| 42. | Credit Collection | Unsecured | | No Claim Filed |
| 43. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 44. | HSBC | Unsecured | | No Claim Filed |
| 45. | Metropolitan Bank | Unsecured | | No Claim Filed |
| 46. | J Jill | Unsecured | | No Claim Filed |
| 47. | Home Depot | Unsecured | | No Claim Filed |
| | | | $ 53,183.65 | $ 6,569.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 118.80 |
| 6.5% | 312.00 |
| | $ 430.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: